IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3020 |
| vs. | |
| IMELDA AMBRIZ, | ORDER |
| Defendant. | |

    The defendant has filed a motion (filing 44) to reconsider the denial (filing 43) of her previous motion (filing 39) to reduce her sentence. That motion will be denied. The defendant's presentence report assessed two criminal history points based on two California convictions for driving on a suspended license, so she was not a "zero point" offender entitled to the retroactive benefit of U.S.S.G. § Amend. 821. Nor was the defendant denied due process because she wasn't provided with filings—counsel was appointed to represent her, *see* filing 40, and counsel was provided with notice. See Fed. R. Crim. P. 49(a)(2); *cf. Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 92-93 (1990).

    The defendant has separately moved to have her iPhone returned to her. Filing 45. The Court will ask the government to respond to that motion.

IT IS ORDERED:

1. The defendant's motion to reconsider (filing 44) is denied.

2. The government shall respond to the defendant's motion for return of property (filing 45) on or before April 24, 2024.

Dated this 25th day of March, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge