IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>IMELDA AMBRIZ,<br><br>              Defendant. | 4:23-CR-3020<br><br>ORDER |

The Court has been reliably informed that the State Patrol is prepared to return the defendant's property to her, and that she has been provided with instructions on how to arrange it. Accordingly,

IT IS ORDERED that the defendant's motion for return of property (filing 45) is denied as moot.

Dated this 25th day of April, 2024.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge